# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY TURNER,** | NO. CV 14-00746-MAN |
| Petitioner, | |
| v. | JUDGMENT |
| **MILUSNIC,** | |
| Respondent. | |

   Pursuant to the Court's Order: Dismissing Petition Without Prejudice; And Denying Certificate Of Appealability,

   IT IS ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction.

DATED: September 10, 2014.

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE